Dbt f !3;19.dw 14391.| BB. F T!!!!!Epdvn f ou6!!!!!!Gjrhe!13Œ8Œ11: !!!!!Qbhf !9!pg:

UNITED STATES DISTRICT COURT
FOR THE NEW JERSEY

UNITED STATES OF AMERICA,

        Plaintiff,            Case No.: 08-3280

        v.

GIOVANNI OCUMAREZ, AKA GIOVANNI
OCUMARES, AKA GIOVANNI M. OCUMAREZ

        Defendant.

### ORDER GRANTING DEFAULT JUDGMENT

Upon consideration of the unopposed application of the United States of America for a

default judgment, including attorney's fees and other expenses, the Court will grant the default

judgment requested. Based on the matters set forth in the application and attachments thereto

and the documents in the case file, the Court further concludes that the request of the United

States for attorney's fees and the awarding of other costs is reasonable.

Accordingly, it is this the ____11th____ day of ____June____, 2009, ORDERED

THAT:

1. A default judgment be and it hereby is entered in favor of the United States of

America against GIOVANNI OCUMAREZ, AKA GIOVANNI OCUMARES, AKA

GIOVANNI M. OCUMAREZ in the amount of $8,530.90 plus accrued interest of $743.65, and

other costs and allowable expenses of $370.00 for a total judgment of $9,644.55 with interest on

$8,530.90 from September 11, 2007, at 7.22% per annum to the date of judgment, plus interest

on $9,644.55 at the legal rate of 0.50 % pursuant to 28 U.S.C. §1961 until paid, plus attorney's

2

Dbt f !3;19.dw 14391.l  BB.FT!!!!!Epdvn f oU6!!!!!!Gjrhe!13Œ8Œ11: !!!!!Qbhf !: !pg:

fees of $2,893.36, and plus collection costs of $370.00 (the filing fee of $200.00 plus private process server fees of $170.00).

2. The United States is further awarded the cost of private process server fees incurred in serving post-judgment executions and discovery. The Clerk shall tax them as costs.

3. The Defendant is encouraged to contact counsel for the United States to make voluntary payment arrangements.

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Frank J. Martone, Esq.
Attorney for the United States
1455 Broad Street
Bloomfield, NJ 07003

and

GIOVANNI OCUMAREZ, AKA GIOVANNI
OCUMARES, AKA GIOVANNI M. OCUMAREZ
1605 81st Street #1
North Bergen NJ 07047